**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KERRY S. MAHAR and SHAWN G. MAHAR, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK, N.A., AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-3, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3 and NATIONSTAR MORTGAGE, LLC, <br><br> Defendants. | CIVIL ACTION NO. 17-10523 |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' VERIFIED COMPLAINT**

The Defendants, U.S. Bank N.A. as Trustee on behalf of CSFB Mortgage Securities Corp. Adjustable Rate Mortgage Trust 2006-3 Adjustable Rate Mortgage-Backed Pass Through Certificates, Series 2006-3 and Nationstar Mortgage, LLC (together, the "Defendants") move to dismiss the verified complaint filed by Kerry S. Mahar and Shawn G. Mahar (together, the "Plaintiffs") seeking a declaratory judgment that U.S. Bank as Trustee did not have the authority to exercise the statutory power of sale; damages for slander of title; and damages under Chapter 93A on the basis that it fails to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the Defendants respectfully request a hearing on this motion, on the ground that oral argument is likely to be of assistance to the Court in disposing of this case quickly given the unfounded nature of the claims asserted in the verified complaint.

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-3, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3 and NATIONSTAR MORTGAGE, LLC,

By: Its Attorneys

*/s/ Maura K. McKelvey*
Maura K. McKelvey, BBO #600760
Robert M. Buchholz, BBO #685804
HINSHAW & CULBERTSON LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)

Dated:   May 30, 2017

## LOCAL RULE 7.1 CERTIFICATION

I, Maura K. McKelvey, hereby certify that I conferred with counsel for Plaintiffs pursuant to the Local Rules.

/s/ *Maura K. McKelvey*
Maura K. McKelvey

## CERTIFICATE OF SERVICE

I, Maura K. McKelvey, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2017.

*/s/ Maura K. McKelvey*
Maura K. McKelvey